No. 67841.—Agency Tile Supply Corp. et al. v. United States, protests 60/21785, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of opal glass tiles or tiling, the claim of the plaintiffs was sustained.